UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KRISTYN VANDERBERG-REED, :
           Plaintiff, :
v. :
   : **ORDER**
DEBORAH REYNOLDS, Individually, and in :
her official capacity as Comptroller of Mount : 20 CV 5877 (VB)
Vernon, and MOUNT VERNON, a New York :
Municipality, :
           Defendants. :
--------------------------------------------------------------x

    By letter dated February 26, 2021, plaintiff's counsel advised the Court that plaintiff (i) has received the full amount of the settlement payment from defendant Mount Vernon, (ii) is prepared to enter into a stipulation of dismissal with Mount Vernon, and (iii) is prepared to withdraw her case against defendant Deborah Reynolds with prejudice.  (Doc. #31).

    Accordingly, it is hereby ORDERED that by March 12, 2021:

    1.  Plaintiff and defendant Mount Vernon shall file a stipulation of dismissal as to all claims asserted against Mount Vernon, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and

    2.  Plaintiff shall file a notice of dismissal with prejudice as to defendant Reynolds, pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: March 1, 2021
       White Plains, NY

                            SO ORDERED:

                            _____
                            Vincent L. Briccetti
                            United States District Judge